

ORIGINAL

FILED

04/27/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0067

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0067

---

STATE OF MONTANA,

Plaintiff and Appellee,

v.

MICHAEL DEAN ALBERT,

Defendant and Appellant.

---

FILED

APR 27 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Michael Dean Albert moves this Court for appointment of counsel in his appeal. As grounds, he states that he has "limited knowledge of law and lack of resources." Albert adds that his former appointed counsel no longer represents him. He also moves for a sixty-day extension of time to file his opening brief.

Albert appeals the Powell County District Court's denial of his postjudgment motion regarding clarification of his sentences and their calculation. The District Court sentenced Albert in July 2020, and Albert moved for further relief in December. Albert is not entitled to representation from appellate counsel. There is no right to the appointment of counsel in a proceeding on a motion for postconviction relief, although a court may order the assignment of counsel under the circumstances outlined in § 46-8-104, MCA. Albert represented himself in his postconviction proceeding before the District Court. Albert has not demonstrated that extraordinary circumstances exist to justify appointment of counsel, pursuant to § 46-8-104(3), MCA.

We observe that this Court received the District Court record on April 7, 2021. Albert's opening brief is due thirty days from that date, or on May 7, 2021. M. R. App. P. 13(1). Upon review of Albert's motions, therefore,

IT IS ORDERED that Albert's Motion for Appointment of Counsel is DENIED.

IT IS FURTHER ORDERED that Albert's Motion for an Extension of Time is GRANTED and that Albert shall prepare, file, and serve his opening brief on or before July 7, 2021.

The Clerk is directed to provide a copy of this Order to counsel of record and to Michael Dean Albert along with a copy of this Court's Civil Appellate Handbook.

DATED this 27th day of April, 2021.

For the Court,

By _____

Chief Justice